IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL DOYLE, | ) | 8:05CV21 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| LELAND GRASKE, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of plaintiff Daniel Doyle and defendant/third-party plaintiff Leland Graske for expedited jurisdictional discovery, Filing No. 61. Doyle and Graske seek leave of court to serve limited supplemental jurisdictional interrogatories and requests for production on third party defendant Kirk Marine, and seek an order requiring an expedited answer to those requests. Although third party defendant Kirk Marine opposes the motion, it has not shown that compliance with the expedited discovery would cause it any undue hardship. This court has previously stated that no further extensions of time would be granted. Filing No. 60. Accordingly,

IT IS ORDERED:

1.      Plaintiff Daniel Doyle's and defendant/third-party plaintiff Leland Graske's motion for expedited jurisdictional discovery (Filing No. 61) is granted;

2.      Plaintiff is granted leave to serve supplemental discovery on third party plaintiff Kirk Marine; third party defendant Kirk Marine shall serve responses to the discovery requests within seven (7) days thereafter;

3.    No further extensions of time will be granted; plaintiff Doyle and
defendant/third party plaintiff Graske shall respond to motions to dismiss
on or before May 15, 2006.

DATED this 13th day of April, 2006.

BY THE COURT:


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge