IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV21 |
| | ) | |
| v. | ) | |
| | ) | |
| LELAND GRASKE, | ) | ORDER |
| | ) | |
| Defendant and Third-Party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARIBE INFLATABLES USA, INC., et al., | ) | |
| | ) | |
| Third-Party Defendants.. | ) | |
| | ) | |

This matter is before the court on the motion of plaintiff Daniel Doyle and defendant/third-party plaintiff Leland Graske for leave to take depositions of third-party defendants, Filing No. 66. By previous order, this court granted leave to conduct expedited jurisdictional discovery. Filing No. 63. Doyle and Graske have shown that such discovery is necessary. Accordingly,

IT IS ORDERED that:

1. Plaintiff Daniel Doyle and defendant/third-party plaintiff Leland Graske are granted leave to take third-party defendants' depositions, telephonically, pursuant to Fed. R. Civ. P. 30(b)(6); said depositions are limited to two hours each.

2. Third-party defendants shall be made available for deposition on or before May 8, 2006.

3. Plaintiff Daniel Doyle and defendant/third-party plaintiff Leland Graske shall initiate and bear the cost of such depositions.

DATED this 3rd day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge