IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL DOYLE, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CV21 |
| | ) | |
| v. | ) | |
| | ) | |
| LELAND GRASKE, | ) | ORDER |
| | ) | |
| Defendant/Third-party Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARIBE INFLATABLES USA, INC., AND KIRK MARINE, | ) | |
| | ) | |
| Third Party Defendants. | ) | |

This matter is before the court on the parties' joint motion and stipulation for a continuance of certain deadlines, Filing No. 70. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The deadline for taking depositions of third-party defendants is extended to May 31, 2006. Other provisions of the court's order granting leave to take depositions remain in force;

2. Plaintiff Doyle and third party-plaintiff Graske shall respond to third-party defendants' motion to dismiss on or before June 7, 2006.

DATED this 8th day of May, 2006.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge