IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE, ) | |
| ) | Case No. 8:05 CV21 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LELAND GRASKE, ) | **ORDER** |
| ) | |
| Defendant ) | |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| KIRK MARINE, a/k/a KIRK'S MARINE, ) | |
| and CARIBE INFLATABLES USA, INC., ) | |
| ) | |
| Third Party Defendants. ) | |

This matter is before the Court on Defendant and Third-Party Plaintiff Leland Graske's Motion for Enlargement of Time, Filing No. 77. For good cause shown, the Court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

The deadline for Plaintiff Doyle and Defendant and Third-Party Plaintiff Graske to respond to Third-Party Defendants' Motions to Dismiss is extended for a period of ten (10) days from June 7, 2006, to on or before June 19, 2006.

Dated this 7th day of June, 2006.

BY THE COURT


s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge

1