**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **DANIEL DOYLE,** | ) | |
| | ) | **8:05CV21** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LELAND GRASKE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's Motion for Protective Order (Filing No. 89). On April 16, 2007, the defendant timely filed a reply brief (Filing No. 98) and an index of evidence (Filing No. 99). The newly filed materials raise a new issue related to the April 11, 2007 service of a Second Set of Interrogatories on the defendant. Accordingly, the plaintiff will be allowed additional time to respond to the new issues raised by the defendant. Upon consideration,

**IT IS ORDERED:**

The plaintiff shall have to **on or before April 26, 2007**, to respond to the new issues raised by the defendant's reply brief in support of his Motion for Protective Order (Filing No. 89).

Dated this 17th day of April, 2007.

                                                BY THE COURT:

                                                s/Thomas D. Thalken
                                                United States Magistrate Judge