## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL DOYLE, | ) | |
| | ) | 8:05CV21 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LELAND GRASKE, | ) | |
| | ) | |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JASON R. HAYNES, | ) | |
| | ) | |
| Third Party Defendant. | ) | |

This matter is before the court on the parties' oral request to continue the planning conference. The telephone planning conference previously scheduled for May 25, 2007, is continued. Upon consideration,

**IT IS ORDERED:**

A telephone conference with the undersigned magistrate judge will be held on **July 16, 2007 at 2:00 p.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Plaintiff's counsel shall initiate the call.**

Dated this 25th day of May, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge