# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL DOYLE,** | ) | |
| | ) | **8:05CV21** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LELAND GRASKE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on July 16, 2007. The plaintiff was represented by Ronald J. Palagi and the defendant was represented by Thomas A. Grennan. Mr. Grennan reported that Third-Party Defendant, Jason R. Haynes, had not been served despite various attempts. The parties agreed to additional time for the defendant to name his expert witnesses and for other amendments to the progression of the case (Filing No. 126).

**IT IS ORDERED:**

1. The parties' Stipulation (Filing No. 126) is granted as set forth herein.

2. The defendant shall have to **on or before September 14, 2007**, serve his statement of the expert witnesses he expects to call to testify pursuant to Rule 702, 703 or 705, Fed. Rules of Evidence, pursuant to Fed. R. Civ. P. 26(a)(2). If necessary to refute the disclosed opinions of an expert witness of an opponent, the plaintiff may disclose additional expert witnesses not later than **October 26, 2007**.

3. Motions for summary judgment shall be filed not later than **November 15, 2007**.

4. The defendant may have to **on or before August 3, 2007**, in which to file a Second Amended Answer.

5. A supplemental telephone planning conference will be held with the undersigned magistrate judge **on September 7, 2007, at 2:00 p.m.** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. **Counsel for the plaintiff shall initiate the telephone conference**.

Dated this 17th day of July, 2007.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge