# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **DANIEL DOYLE,** ) | |
| ) | 8:05CV21 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| **LELAND GRASKE,** ) | |
| ) | |
| Defendant. ) | |
| **DANIEL DOYLE,** ) | |
| ) | 8:06CV683 |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| **UFLEX USA, INC.,** ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on the defendant, Leland Graske's (Graske's), Motion to Reconsider (Filing No. 147 in Case No. 8:05CV21 and Filing No. 55 in Case No. 8:06CV683). In his motion, Graske asks the court to reconsider its order denying the defendants' motion to consolidate Case No. 8:05cv21 and Case No. 8:06CV683 (Filing No. 139 in Case No. 8:05CV21 and Filing No. 51 in Case No. 8:06CV683). Graske filed a brief in support of his motion to reconsider in Case No. 8:05CV21 (Filing No. 148). The plaintiff, Daniel Doyle, and defendant, Uflex USA, Inc., did not file responses to the current motions. Upon consideration,

**IT IS ORDERED:**

The defendant, Leland Graske's, Motions for Reconsideration (Filing No. 147 in Case No. 8:05CV21 and Filing No. 55 in Case No. 8:06CV683) are denied.

DATED this 18th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge