## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL DOYLE,** | ) | |
| | ) | 8:05CV21 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| **LELAND GRASKE,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' joint stipulation and motion for an order that certain exhibits previously marked in this matter be renumbered to alleviate duplication (Filing Nos. 158 and 162). Following the filing of Filing No. 158, counsel were notified by the Clerk of a deficiency in that there was no certificate of service to the third party defendant. Subsequently, counsel filed the same stipulation with a certificate of service to the third party defendant (Filing No. 162). However, the stipulation does not provide any reference as to what the exhibits relate to in this matter. Further, the stipulation is considered deficient due to the absence of a signature of the third party defendant. Accordingly,

**IT IS ORDERED**:

1. The parties' joint motion (Filing No. 158) is stricken.

2. The parties' joint motion for an order renumbering exhibits (Filing No. 162) is denied, without prejudice.

DATED this 20th day of September, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge