IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE, ) | Case No. 8:05CV21 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| LELAND GRASKE, ) | |
| ) | **ORDER GRANTING MOTION FOR** |
| Defendant and ) | **ENLARGEMENT OF TIME** |
| Third Party Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| JASON R. HAYNES, ) | |
| ) | |
| Third Party Defendant. ) | |

This matter is before the court on defendant and third-party plaintiff Leland Graske's unopposed motion for enlargement of time, Filing No. 150. For good cause shown, the court finds the Motion should be granted. Accordingly,

IT IS ORDERED:

The deadline for Defendant and Third-Party Plaintiff Graske to respond to Third-Party Defendant's Motion to Dismiss is extended for a period of two (2) weeks, from September 10, 2007, to or on or before September 24, 2007.

Dated this 21st day of September, 2007.

BY THE COURT

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge