# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **DANIEL DOYLE,** | ) | |
| | ) | **8:05CV21** |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **LELAND GRASKE,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the Plaintiff's Motion for Leave to File An Amended Complaint (Filing No. 169). The plaintiff attached to the motion a copy of the proposed amended complaint. **See** Filing No. 169-2. The plaintiff seeks to modify the complaint to reflect a description of the plaintiff's wife, Anne Doyle's, loss of consortium. The plaintiff states the amendments do not change the substance of the original complaint and the amended complaint will not affect any of the deadlines. The plaintiff's motion was filed after the deadline for amending the pleadings. The defendant's attorney has no objections. Upon consideration,

**IT IS ORDERED:**

1. The Plaintiff's Motion for Leave to File An Amended Complaint (Filing No. 169) is granted.

2. The plaintiff shall have to **on or before October 24th, 2007**, to file the amended complaint.

DATED this 10th day of October, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge
