IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE and ANNE DOYLE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LELAND GRASKE, ) <br> ) <br> Defendant. ) <br> ) | 7:05CV21 <br><br> ORDER |

This matter is before the court on defendant's motion for an extension of time in which to respond to plaintiffs' motion for summary judgment, Filing No. 219. Plaintiffs' motion for partial summary judgment, Filing No. 191, is premised on its assertion that, as a matter of law, defendant should be precluded from raising the affirmative defense that the negligence of healthcare providers in the Cayman Islands caused plaintiff Daniel Doyle's injuries. The defendant contends that it will be necessary to take the depositions of Doyle's treating physicians in order to respond to plaintiffs' motion. It seeks an extension of time to February 11, 2008. This matter is set for trial during the week of March 31, 2008. The parties are cautioned that the court is not inclined to extend the date of trial. Accordingly,

IT IS ORDERED:

1. Defendant's motion for an extension of time in which to respond to plaintiffs' motion for summary judgment (Filing No. 219) is granted;

2. Defendant shall respond to plaintiffs' motion on or before February 11, 2008.

DATED this 16th day of January, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge