IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE and ANNE DOYLE, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> LELAND GRASKE, ) <br> ) <br> Defendant. ) <br> ) | 8:05CV21 <br><br> ORDER |

This matter is before the court on the parties' joint motion for an extension of time to submit their joint exhibit list, Filing No. 270. The court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The parties joint motion (Filing No. 270) is granted;

2. The time for submission of the Joint Exhibit List is extended to through and including March 19, 2008.

DATED this 17th day of March, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
United States District Judge