IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DANIEL DOYLE and ANNE DOYLE,            )<br>                                                              )<br>                    Plaintiffs,            )<br>                                                              )<br>          v.                                                )<br>                                                              )<br>LELAND GRASKE,                              )<br>                                                              )<br>                    Defendant.           )<br>                                                              ) | 8:05CV21<br><br><br>JUDGMENT |

      In conformity with the Findings of Fact and Conclusions of Law entered on this date,

      IT IS ORDERED that:

      1.   Judgment in the amount of $3,238,153 is entered in favor of plaintiff Daniel Doyle, and against defendant Leland Graske, together with taxable court costs.

      2.   Judgment in the amount of $750,000 is entered in favor of plaintiff Anne Doyle and against defendant Leland Graske, together with taxable court costs.

      DATED this 10th day of June, 2008.

                                                BY THE COURT:


                                               s/ Joseph F. Bataillon
                                               Chief District Court Judge